IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CORIZON HEALTH, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:20-cv-00463 |
| | ) | |
| ARMOR CORRECTIONAL HEALTH | ) | JUDGE CAMPBELL |
| SERVICES, INC., | ) | MAGISTRATE JUDGE HOLMES |
| | ) | |
| Defendant. | ) | |

## ORDER

Pending before the Court are Defendant's Motion to Dismiss or, in the Alternative, Transfer Venue or Stay (Doc. No. 12), Plaintiff's Response (Doc. No. 17), and Defendant's Reply (Doc. No. 19). For the reasons set forth in the accompanying Memorandum, the Motion (Doc. Nos. 12) is **GRANTED** in part, and **DENIED,** in part. Accordingly, this action is **TRANSFERRED** to the United States District Court for the Southern District of Florida as a related case to *Armor Correctional Health Services, Inc. v. Teal*, Case No. 1:19-cv-24656.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE