UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-24091-BLOOM/Becerra

CORIZON HEALTH, INC.,

    Plaintiff,

v.

ARMOR CORRECTIONAL
HEALTH SERVICES, INC.,

    Defendant.
_____/

## ORDER LIFTING STAY AND AMENDING SCHEDULING ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On November 2, 2021, the Court granted the parties' request to stay this action pending the Court's rulings on the summary judgment motions in the related case, *Armor Correctional Health Services, Inc. v. Bruce Teal*, Case No. 1:19-cv-24656-BLOOM/BECERRA ("Armor-Teal Case"). ECF No. [81]. On December 8, 2021, the Court entered an Omnibus Order on the Cross Motions for Summary Judgment in the Armor-Teal Case.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The stay in the above-styled case is **LIFTED**.

2. The Clerk of Court is directed to **REOPEN** the case.

3. The Amended Scheduling Order, **ECF No. [73]**, is **AMENDED** as follows:

This case is set for trial during the Court's two-week trial calendar beginning on **June 20, 2022, at 9:00 a.m.** Calendar call will be held at **1:45 p.m. on Tuesday, June 14, 2022**. No pre-trial conference will be held unless a party requests one at a later date and the Court determines that one is necessary. Unless instructed otherwise by subsequent order, the trial and all other

Case No. 20-cv-24091-BLOOM/Becerra

proceedings in this case shall be conducted in **Courtroom 10-2 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Miami, FL 33128**. The parties shall adhere to the following schedule:

| | |
|---|---|
| **December 23, 2021** | The parties shall select a mediator pursuant to Local Rule 16.2, shall **schedule a time, date, and place for mediation**, and shall jointly **file a notice, and proposed order scheduling mediation** via CM/ECF in the form specified on the Court's website, http://www.flsd.uscourts.gov. If the parties cannot agree on a mediator, they shall notify the Clerk in writing as soon as possible, and the Clerk shall designate a certified mediator on a blind rotation basis. Counsel for all parties shall familiarize themselves with and adhere to all provisions of Local Rule 16.2. Within **three (3) days** of mediation, the parties are required to file a mediation report with the Court. Pursuant to the procedures outlined in the CM/ECF Administrative Procedures, **the proposed order is also to be emailed to bloom@flsd.uscourts.gov in Word format.** |
| **January 6, 2022** | Parties disclose experts and exchange expert witness summaries or reports. |
| **January 20, 2022** | Parties exchange rebuttal expert witness summaries or reports. |
| **January 24, 2022** | Parties must have completed mediation and filed a mediation report. |
| **February 3, 2022** | All discovery, including expert discovery, is completed. |
| **February 25, 2022** | All pre-trial motions, motions *in limine*, and *Daubert* motions (which include motions to strike experts) are filed. **This deadline includes all dispositive motions.** |
| **May 18, 2022** | Parties submit joint pre-trial stipulation in accordance with Local Rule 16.1(e), proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |

**DONE AND ORDERED** in Chambers at Miami, Florida, on December 9, 2021.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Case No. 20-cv-24091-BLOOM/Becerra

Copies to:

Counsel of Record